JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: 8:26-cv-01292-DOC-SSC Date: August 10, 2026

Title: Marylin Cuevas v. Providence Medical Foundation, et. al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Crystal Fiona Mohsin | Michael Ronald Minguet |

**PROCEEDINGS: SCHEDULING CONFERENCE (not held)**

The case is called.

Plaintiff dismisses Family Leave Act claims.

The remaining causes of action are REMANDED to the Superior Court of the State of California, County of Orange; and

Motion to Remand [14] is denied as moot.

: 03

Initials of Deputy Clerk: kdu